# 𝔕𝔦𝔠𝔥𝔪𝔬𝔫𝔡

VIRGINIA RAILWAY AND POWER COMPANY v. AVERA.

March 12, 1914.

Error to a judgment of the Law and Equity Court of the city of Richmond.

*Affirmed.*

*H. W. Anderson, A. B. Guigon* and *Harold S. Bloomberg,* for the plaintiff in error.

*Albert O'Boschen,* for the defendant in error.

Decided by a divided court. No opinion was delivered.